# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KYLIEFF BROWN, | : | |
| Plaintiff, | : | |
| v. | : | No. 4:17-CV-1400 |
| THOMAS MCGINLEY, *ET AL.*, | : | (Judge Brann) |
| Defendants. | : | |

## **ORDER**

**AND NOW**, this 25th day of July, 2018, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this Order will be deemed frivolous, without probable cause and not taken in good faith.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge